

## November 27, 2013

| | | |
|---|---|---|
| CAAP–13–0000083 | State v. Susanna Yi | Vacated and Remanded |

## November 29, 2013

| | | |
|---|---|---|
| CAAP–11–0000299 | Hawaiian Dredging Const. Co., Inc. v. Department of Transp. | Affirmed |
| CAAP–11–0000805 | K Children, In re | Affirmed |
| CAAP–12–0000861 | State v. Bonilla | Affirmed |
| CAAP–12–0000626 | State v. Alexander H. Li | Affirmed |

## December 10, 2013

| | | |
|---|---|---|
| 30407 | Sussman v. Sussman | Affirmed |

## December 11, 2013

| | | |
|---|---|---|
| CAAP–13–0000081 | State v. Zimmerman | Affirmed |

## December 12, 2013

| | | |
|---|---|---|
| 30567 | Larkin, In re | Affirmed |

## December 16, 2013

| | | |
|---|---|---|
| CAAP–10–0000005 | Hawai'i Management Alliance Ass'n v. Prepaid Health Care Office, Disability Compensation Div., Dept. of Labor and Indus. Relations | Affirmed |

## December 17, 2013

| | | |
|---|---|---|
| CAAP–10–0000151 | Ezra v. State | Affirmed |
| 30491 | Furtado v. Aoao Golf Villas | Affirmed |
| CAAP–12–0000523 | MA, H, In re | Affirmed |
| CAAP–12–0000105 | State v. Scheller | Vacated and Remanded |
| CAAP–10–0000206 | Wilton v. State | Affirmed |